■ In the Matter of VICTOR HANNA, Petitioner, v POLICE DEPARTMENT OF THE COUNTY OF NASSAU, Respondent. [613 NYS2d 668] —Proceeding pursuant to CPLR article 78 to review a determination of the respondent Police Department of the County of Nassau, dated August 5, 1991, which denied the petitioner's application for a pistol permit.

Adjudged that the determination is confirmed and the proceeding is dismissed, on the merits, with costs.

Penal Law § 400.00 (1) provides, *inter alia,* that no firearm license shall be issued until after an investigation and a finding that all statements on the application are true. There is substantial evidence in the record to support the respondent's determination denying the petitioner's application for a pistol permit based on the finding that in response to a question on the application concerning prior arrests, the petitioner intentionally failed to list a 1976 arrest *(see, Matter of Anderson v Mogavero,* 116 AD2d 885; *Matter of Willis v Treder,* 127 AD2d 667). Bracken, J. P., Miller, Copertino and Hart, JJ., concur.